**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

| | | |
|---|---|---|
| LATASHA FITZGERALD and TIMOTHY COOK, | ) | |
| Plaintiffs, | ) | No. 2:26-cv-03259-TLP-tmp |
| v. | ) | JURY DEMAND |
| CITY OF MEMPHIS, MEMPHIS POLICE DEPARTMENT, OFFICER TIMOTHY J. DAVIS, and OFFICER TERRIANUS HALL, | ) | |
| Defendants. | ) | |

---

## ORDER OF RECUSAL

---

The Court hereby recuses itself in the above-captioned matter and respectfully **DIRECTS** the Clerk to reassign this case to another United States District Judge for all further proceedings.

**SO ORDERED** this 24th day of September, 2026.

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE